DOUGLAS R. ALLISTON (SB# 137767)  (SPACE BELOW FOR FILING STAMP ONLY)
FARMER, MURPHY, SMITH & ALLISTON
3640 American River Drive, Suite 150
Sacramento, CA  95864
Telephone: (916) 484-3500
Fax: (916) 484-3510

Attorneys for Plaintiff FINANCIAL PACIFIC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL PACIFIC INSURANCE COMPANY, A California Corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>AMCO INSURANCE COMPANY, An Iowa Corporation,<br><br>                    Defendant. | Case No. 2:05-CV-02099-GEB-CMK<br><br>**CONSENT TO SUBSTITUTION OF ATTORNEY**<br><br>**[PROPOSED ORDER]**<br><br>Trial:     May 30, 2007<br>Time:     9:00 a.m. |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff FINANCIAL PACIFIC INSURANCE COMPANY makes the following substitution:

1. **Former legal representation:**
   FARMER, MURPHY, SMITH & ALLISTON
   3640 American River Drive, Suite 150
   Sacramento, CA 95864
   Telephone:   916-484-3500
   Facsimile:   916-484-3510
   E-mail:      dalliston@farmermurphy.com

/////

/////

-1-

**CONSENT TO SUBSTITUTION OF ATTORNEY**

2. **New legal representation:**
   MURPHY, CAMPBELL, GUTHRIE & ALLISTON
   3640 American River Drive, Suite 150
   Sacramento, CA 95864
   Telephone:   916-484-3500
   Facsimile:   916-484-3510
   E-mail:   dalliston@murphycampbell.com

3. The party making this substitution is the Plaintiff.

4. I consent to this substitution.

Dated: _____, 2006     FINANCIAL PACIFIC INSURANCE COMPANY

By: _____

5. I consent to the above substitution.

Dated: _____, 2006     FARMER, MURPHY, SMITH & ALLISTON

By: _____
    Douglas R. Alliston

6. I consent to the above substitution.

Dated: _____, 2006     MURPHY, CAMPBELL, GUTHRIE & ALLISTON

By: _____
    Douglas R. Alliston

IT IS SO ORDERED.

Dated: January 5, 2007     _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge

-2-

**CONSENT TO SUBSTITUTION OF ATTORNEY**