UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>AMCO INSURANCE COMPANY,<br><br>            Defendant. | 2:05-cv-2099-GEB-CMK<br><br><br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

On March 20, 2007, Plaintiff filed a Notice of Settlement "notif[ying] the Court of a settlement in this matter, which will be formalized" and "request[ing] that the Court take the pretrial conference scheduled for March 26, 2007 off calendar." A dispositional document shall be filed no later than April 9, 2007. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

 Further, the final pretrial conference scheduled for March 26, 2007 is continued to April 30, 2007, commencing at 1:30 p.m.[1]

 IT IS SO ORDERED.

Dated:  March 20, 2007

   _____
   GARLAND E. BURRELL, JR.
   United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).